# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| DORRIAN JEROME SCHOCH § | |
| § | Civil Action No. 4:16-CV-619 |
| v. § | (Judge Mazzant/Judge Nowak) |
| § | |
| WELLS FARGO HOME MORTGAGE, § | |
| WELLS FARGO BANK NA | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On April 11, 2017, the report of the Magistrate Judge (Dkt. #37) was entered containing proposed findings of fact and recommendations that Defendant Wells Fargo Bank, N.A.'s Motion to Dismiss (Dkt. #11; Dkt. #29) be granted in part and denied in part.

Having received the report of the Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendant Wells Fargo Bank, N.A.'s Motion to Dismiss (Dkt. #11; Dkt. #29) is **GRANTED IN PART AND DENIED IN PART**, and that the entirety of Plaintiff's claims for injunctive relief and any claim asserted under 15 U.S.C. § 1681s-2(a) are hereby dismissed.

**IT IS SO ORDERED**.

SIGNED this 26th day of May, 2017.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE