# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

DORRIAN JEROME SCHOCH §
§ Civil Action No. 4:16-CV-619
v. § (Judge Mazzant/Judge Nowak)
§
WELLS FARGO HOME MORTGAGE, §
AND WELLS FARGO BANK, N.A.

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On October 10, 2017, the report of the Magistrate Judge (Dkt. #81) was entered containing proposed findings of fact and recommendations that Defendants' Motion for Summary Judgment (Dkt. #72) be **GRANTED**.

Having received the report of the Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendants' Motion for Summary Judgment is **GRANTED**.

It is further **ORDERED** that Plaintiff's Request for a Conference Meeting Regarding Procedures and Request for Banking Expert (Dkt. #84), wherein Plaintiff requests a call regarding "the procedures moving forward along with the request for Banking Expert" is **DENIED AS MOOT**. Defendant's Motion to Stay or Continue Pre-Trial Deadlines (Dkt. #86) is likewise **DENIED AS MOOT**.

All relief not previously granted is **DENIED**.

**IT IS SO ORDERED.**

**SIGNED this 20th day of November, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE